FILING FEE
PAID
In Forma Pauperis
Angela E. Noble, Clerk

United States District Court
Southern District of Florida
Case No: 23-CR-20036

FILED BY ___ D.C.
SEP 05 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

US v
Daniela Rendon

Notice of Appeal

Notice is given the Defendant Daniela Rendon Appeals the Judgment of Sentence issued 8-21-2023 by Judge K. Michael Moore.

Sept 5, 2023

Daniela Rendon
FDC # 0795-506